UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,
Petitioner,

-against-

MAVE HOTEL INVESTORS LLC

Respondent.

Civil Action No. 25-cv-06660 (ALC)

**ORDER GRANTING DAMAGES**

An Order of Honorable Andrew L. Carter, Jr., United States District Judge, having been entered on Septemeber 1, 2026 granting Petitioner's motion for default judgment by order to show cause confirming arbitration award #2025-55 issued on May 23, 2025; #2025-71 issued on June 17, 2025; and #2025-92 issued July 24, 2025 against Respondent Mave Hotel Investors LLC; it is

ORDERED AND ADJUDGED that Petitioner's motion is hereby granted and judgment is hereby entered in favor of Petitioner Hotel and Gaming Trades Council, AFL-CIO and awarding damages to Petitioners in the amount of $882,446.84, plus pre-judgment interest from May 23, 2025 (date of Award #2025-55) accruing at New York's 9% statutory interest rate, and that Petitioner shall have execution therefor.

Dated: September 1, 2026
New York, New York

The Hon. Andrew L. Carter, Jr, U.S.D.J.
Southern District of New York