**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,** | | |
| **Petitioner,** | : | **1:25-cv-06660 (ALC)** |
| **-against-** | : | **ORDER OF DEFAULT JUDGMENT** |
| **MAVE HOTEL INVESTORS LLC,** | : | |
| **Respondent.** | : | |

---

**ANDREW L. CARTER, JR., United States District Judge:**

On August 12, 2025, Petitioner Hotel and Gaming Trades Council, AFL-CIO ("Petitioner") filed a petition to confirm arbitration against Respondent Mave Hotel Investors LLC ("Respondent"). ECF No. 1. Defendant was served on August 19, 2025. Defendant has not answered or otherwise responded to the Petitioner. On January 28, 2026, having obtained a clerk's certificate of default, Petitioner filed a Motion for Default Judgment against Respondent. ECF No. 14.

The Court issued an Order to Show Cause on August 4, 2026, directing Respondent Mave Hotel Investors, LLC, to show cause in writing why default judgement for failure to move or otherwise answer should not be entered, pursuant to Federal Rule of Civil Procedure 55. *See* ECF No. 22. The Order warned Respondent Mave Hotel Investors that failure to respond may be grounds for the Court granting default judgment against them, but they did not respond to the Court's Order.

Accordingly, having considered the Brief in support of the Petition to Confirm the Arbitration Award, the Declaration of Annalisa Leonelli, the Summons and Petition previously filed in this action, and the Affidavits of Service thereof, if it hereby **ORDERED** that judgment be entered in Petitioner's favor against Respondent Mave Hotel Investors, LLC.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 14 and close this case.

**SO ORDERED.**

**Dated**: **September 1, 2026**
**New York, New York**

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**