**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,

Petitioner,

25 **CIVIL** 6660 (ALC)

-against-

# JUDGMENT

MAVE HOTEL INVESTORS LLC,

Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated September 1, 2026, Petitioner's motion is hereby granted and judgment is hereby entered in favor of Petitioner Hotel and Gaming Trades Council, AFL-CIO and awarding damages to Petitioners in the amount of $882,446.84, plus pre-judgment interest from May 23, 2025 (date of Award #2025-55) accruing at New York's 9% statutory interest rate in the amount of $102,049.54, and that Petitioner shall have execution therefor; accordingly, the case is closed.

**DATED:** New York, New York
September 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**